AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| BARBARA BERG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-00097-SAB |
| THE LINCOLN NATIONAL LIFE INSURANCE CO | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Barbara Berg                                                                                              .

Date:     04/09/2024

/s/ Robert J. Rosati
*Attorney's signature*

Robert J. Rosati, CA SBN 112006
*Printed name and bar number*

6485 N. Palm Avenue, Suite 105
Fresno, CA  3704

*Address*

robert@erisalg.com
*E-mail address*

(559) 478-4119
*Telephone number*

(559) 478-5939
*FAX number*