AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| | | |
|---|---|---|
| BARBARA BERG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00097-SAB |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Lincoln National Life Insurance Company                                                                 .

Date:  April 22, 2024

                                                                    */s/ Russell S. Buhite*
                                                                    *Attorney's signature*

                                                                    Russell S. Buhite, WSBA #41257
                                                                    *Printed name and bar number*

                                                                    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                                                    1201 Third Avenue, Suite 5150
                                                                    Seattle, WA 98101
                                                                    *Address*

                                                                    russell.buhite@ogletree.com
                                                                    *E-mail address*

                                                                    (206) 693-7052
                                                                    *Telephone number*

                                                                    (206) 693-7058
                                                                    *FAX number*