Russell S. Buhite, WSBA #41257          Honorable Judge Stanley A. Bastian
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:   (206) 693-7058
Email:  russell.buhite@ogletree.com

*Attorneys for Defendant The Lincoln National*
*Life Insurance Company*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### SPOKANE DIVISION

| | |
|---|---|
| BARBARA BERG, | Case No. 2:24-cv-00097-SAB |
| Plaintiff, | **DECLARATION OF RUSSELL S. BUHITE IN SUPPORT OF DEFENDANT'S MOTION FOR KRISTINA N. HOLMSTROM TO APPEAR PRO HAC VICE** |
| v. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

I, Russell S. Buhite, declare under penalty of perjury the following:

1.    I am a shareholder with the Seattle, Washington office of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant The Lincoln National Insurance Company in the above-captioned matter.  I am knowledgeable about the facts set forth herein.

DECLARATION OF RUSSELL S. BUHITE IN SUPPORT OF DEFENDANT'S MOTION FOR KRISTINA N. HOLMSTROM TO APPEAR PRO HAC VICE - 1
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

2.    My address is 1201 Third Avenue, Suite 5150, Seattle, Washington 98101; my telephone number is (206) 693-7052; and my email address is russell.buhite@ogletree.com.

3.    Pursuant to Local Civil Rule 83.2(c), I am submitting this Declaration in conjunction with Defendants' Motion for Kristina N. Holmstrom to Appear Pro Hac Vice.

4.    I am a member in good standing of the following State Bar Associations:

| Court | Bar No. | Date Admitted |
| --- | --- | --- |
| State of Missouri | 37572 | April 29, 1988 |
| State of Florida | 831085 | November 29, 1989 |
| State of Washington | 41257 | May 13, 2009 |
| State of Oregon | 142529 | September 22, 2014 |
| State of Alaska | 1805019 | March 14, 2018 |

5.    I am also admitted to practice in the following Federal Courts:

| Court | Date Admitted |
| --- | --- |
| United States Court of Appeals for the Tenth Circuit | December 15, 1987 |
| United States Court of Appeals for the Eleventh Circuit | November 6, 2006 |
| United States Court of Appeals for the Ninth Circuit | November 6, 2017 |
| United States District Court, Middle District of Florida | August 23, 1991 |
| United States District Court, Northern District of Florida | May 13, 1993 |
| United States District Court, Southern District of Florida | August 25, 1993 |
| United States District Court, Western District of Washington | October 13, 2015 |
| United States District Court, District of Oregon | April 8, 2016 |
| United States District Court, Eastern District of Washington | August 1, 2016 |

DECLARATION OF RUSSELL S. BUHITE IN
SUPPORT OF DEFENDANT'S MOTION FOR
KRISTINA N. HOLMSTROM TO APPEAR
PRO HAC VICE - 2
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

| Court | Date Admitted |
|---|---|
| United States District Court, Eastern District of Missouri | June 14, 2018 |
| United States District Court, District of Alaska | June 20, 2018 |

6.      I will be associating with Kristina N. Holmstrom of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s Phoenix office in the above-captioned matter.  Ms. Holmstrom's experience with approximately 20 years of litigating insurance coverage matters qualifies her to provide representation to Defendant The Lincoln National Life Insurance Company herein.

7.      My experience with over 30 years of litigating insurance coverage matters qualifies me to provide representation to Defendant The Lincoln National Life Insurance Company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED THIS 26th day of April, 2024 at Seattle, Washington.

_____

Russell S. Buhite

DECLARATION OF RUSSELL S. BUHITE IN
SUPPORT OF DEFENDANT'S MOTION FOR
KRISTINA N. HOLMSTROM TO APPEAR
PRO HAC VICE - 3
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2024, I served the foregoing DECLARATION OF RUSSELL S. BUHITE IN SUPPORT OF DEFENDANT'S MOTION FOR KRISTINA N. HOLMSTROM TO APPEAR PRO HAC VICE via the method(s) below upon the following parties:

Melton L. Crawford, WSBA #22930
LAW OFFICE OF MEL CRAWFORD
3244 NE 103rd Street
Seattle, WA  98125-7821
Telephone:  (206) 694-1614
Facsimile:  (206) 905-2342
Email:  melcrawford@melcrawfordlaw.com

Robert J. Rosati, SBN #112006
(admitted *pro hac vice*)
THE ERISA LAW CENTER
6485 North Palm Avenue, Suite 105
Fresno, CA  93704-1072
Telephone:  (559) 478-4119
Facsimile:  (559) 478-5939
Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

☒    by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐    by **e-mailing** a true and correct copy to the last known email address of each person listed above.

DECLARATION OF RUSSELL S. BUHITE IN
SUPPORT OF DEFENDANT'S MOTION FOR
KRISTINA N. HOLMSTROM TO APPEAR
PRO HAC VICE - 4
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

SIGNED THIS 26th day of April, 2024 at Seattle, Washington.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

DECLARATION OF RUSSELL S. BUHITE IN
SUPPORT OF DEFENDANT'S MOTION FOR
KRISTINA N. HOLMSTROM TO APPEAR
PRO HAC VICE - 5
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058