Russell S. Buhite, WSBA #41257
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:   (206) 693-7058
Email:  russell.buhite@ogletree.com

Honorable Judge Stanley A. Bastian

*Attorneys for Defendant The Lincoln National
Life Insurance Company*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### SPOKANE DIVISION

BARBARA BERG,

     Plaintiff,

  v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

     Defendant.

Case No. 2:24-cv-00097-SAB

**DECLARATION OF KRISTINA N. HOLMSTROM IN SUPPORT OF DEFENDANT'S MOTION TO APPEAR PRO HAC VICE**

I, Kristina N. Holmstrom, declare under penalty of perjury the following:

1.    I am a shareholder with the Phoenix, Arizona office of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant The Lincoln National Life Insurance Company in the above-captioned matter. I am knowledgeable about the facts set forth herein.

DECLARATION OF KRISTINA N.
HOLMSTROM IN SUPPORT OF
DEFENDANT'S MOTION TO APPEAR PRO
HAC VICE - 1
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

2.     My address is Esplanade Center III, 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016; my telephone number is (602) 778-3724; and my email address is kristina.holmstrom@ogletree.com.

3.     I have been a member in good standing of the bar(s) of the State of Arizona (admitted October 21, 2004; Bar No. 023384); the State of Nevada (admitted October 17, 2006; Bar No. 10086); and the State of New Mexico (admitted December 1, 2015; Bar No. 148291).

4.     I am also admitted to practice in the following Courts:

| Court | Date Admitted |
|---|---|
| Arizona | 10/21/2004 |
| Nevada | 10/17/2006 |
| New Mexico | 12/01/2015 |
| US COA, 10th Circuit | 12/21/2019 |
| US COA, 10th Circuit | 2/21/2019 |
| US COA, 3rd Circuit | 12/23/2021 |
| US COA, 5th Circuit | 10/18/2018 |
| US COA, 9th Circuit | 8/30/2007 |
| US Supreme Court | 02/22/2021 |
| USDC Arizona | 11/16/2004 |
| USDC Colorado | 8/3/2018 |
| USDC Illinois Northern District | 4/29/2022 |
| USDC Illinois Southern District | 1/12/2024 |
| USDC Indiana Northern District | 6/29/2023 |
| USDC Nevada | 11/15/2006 |
| USDC New Mexico | 6/23/2016 |
| USDC Oklahoma Eastern District | 1/15/2021 |
| USDC Oklahoma Northern District | 12/10/2020 |
| USDC Oklahoma Western District | 12/14/2020 |
| USDC Tennessee Middle District | 12/07/2021 |
| USDC Texas Northern District | 9/7/2022 |

DECLARATION OF KRISTINA N.
HOLMSTROM IN SUPPORT OF
DEFENDANT'S MOTION TO APPEAR PRO
HAC VICE - 2
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

5. I do not have any pending disciplinary sanctions, nor have I ever been subject to any disciplinary actions by any court or association.

6. I will be associating with Russell S. Buhite of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s Seattle, Washington office in the above-captioned matter.

7. My experience with approximately 20 years of litigating insurance coverage and ERISA matters qualifies me to provide representation to Defendant The Lincoln National Life Insurance Company. Due to my multi-jurisdictional representation of Lincoln and other insurers in similar cases, I have specialized knowledge concerning the complex issues presented as well as valuable institutional knowledge. Accordingly, I can assist Defendant in efficiently and effectively litigating this matter.

8. As required, payment of the $200.00 *pro hac vice* admission fee will be tendered to the Clerk of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED THIS 26th day of April, 2024 at Phoenix, Arizona.

Kristina N. Holmstrom

DECLARATION OF KRISTINA N.
HOLMSTROM IN SUPPORT OF
DEFENDANT'S MOTION TO APPEAR PRO
HAC VICE - 3
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2024, I served the foregoing DECLARATION OF KRISTINA N. HOLMSTROM IN SUPPORT OF DEFENDANT'S MOTION TO APPEAR PRO HAC VICE via the method(s) below upon the following parties:

Melton L. Crawford, WSBA #22930
LAW OFFICE OF MEL CRAWFORD
3244 NE 103rd Street
Seattle, WA  98125-7821
Telephone:  (206) 694-1614
Facsimile:  (206) 905-2342
Email:  melcrawford@melcrawfordlaw.com

Robert J. Rosati, SBN #112006
(admitted *pro hac vice*)
THE ERISA LAW CENTER
6485 North Palm Avenue, Suite 105
Fresno, CA  93704-1072
Telephone:  (559) 478-4119
Facsimile:  (559) 478-5939
Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

☒    by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐    by **e-mailing** a true and correct copy to the last known email address of each person listed above.

DECLARATION OF KRISTINA N.
HOLMSTROM IN SUPPORT OF
DEFENDANT'S MOTION TO APPEAR PRO
HAC VICE - 4
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

SIGNED THIS 26th day of April, 2024 at Seattle, Washington.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
   Cheryl L. Kelley, Practice Assistant
   cheryl.kelley@ogletree.com

DECLARATION OF KRISTINA N.
HOLMSTROM IN SUPPORT OF
DEFENDANT'S MOTION TO APPEAR PRO
HAC VICE - 5
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058