Mel Crawford, WSBA #: 22930
Law Office of Mel Crawford
3244 N. E. 103rd Street
Seattle, WA  95125-7821
Email: melcrawford@melcrawfordlaw.com
T:  (206) 694-1614
F:  (206) 905-2342

Robert J. Rosati, CA SBN #112006
robert@erisalg.com
6485 N. Palm Ave., Ste. 105
Fresno, CA 93704
Telephone: (559) 478-4119
Facsimile: (559) 478-5939
*Admitted Pro Hac Vice*

Attorneys for Plaintiff: *Barbara Berg*

Russell S. Buhite, WSBA #41257
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7052
Facsimile: (206) 693-7058
Email: russell.buhite@ogletree.com

Kristina N. Holmstrom, SBN 10086
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3724
Email: kristina.holmstrom@ogletree.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| BARBARA BERG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.  2:24-cv-97-SAB<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN**<br><br><br>**DATE:**　　May 31, 2024<br>**TIME:**　　11:00 a.m.<br>**JUDGE:**　 Stanley A. Bastian<br>**LOCATION:**　via Zoom |

///

JOINT STATUS REPORT AND DISCOVERY PLAN - 1

In compliance with the Court's Order of April 23, 2024, Document No. 10, and Federal Rule of Civil Procedure 26(f), the parties submit this Joint Status Report and Discovery Plan.

1.     **Statement of Service:** The only Defendant has been served.

2.     **Jurisdiction, Venue and Standing:** The parties agree that jurisdiction, venue and standing are proper.

3.     **Consent to Magistrate Judge:** The parties do not consent to the use of a magistrate judge for this case.

4.     **Nature and Basis of the claims:**

A.     Plaintiff's Statement

This claim is brought pursuant to the Employee Retirement Income Security Act 29 U.S.C. $1001, et seq. (ERISA).  Berg was formerly employed by Walmart from 2003 through 2022, most recently as a team leader.  She became disabled and applied for benefits from Lincoln, which Lincoln initially approved.

On June 16, 2023, Berg's primary care physician, Dr. Barry Bacon, M.D. answered a questionnaire submitted to him by Lincoln.  He explained that: Berg is permanently disabled by DeQuervain's tenosynovitis and complex regional pain syndrome; Berg's description of her limitations is consistent with his expectations and is supported based upon his examinations and treatment history; the maximum amount of time that Berg should be on her feet in a eight hour workday is four hours; Berg's symptoms impact her right hand and forearm; she cannot lift with her right hand or grasp, or do fine manipulation with her right hand. He imposed limitations on her use of her right hand and fingers of 20 minutes of continuous use and then she would need a 180-minute break. He explained those limitations are due to permanent disability –pain in her right hand and forearm. He predated that Berg would miss work more than 4 days per month (the highest option available on the form) due to severe pain. He explained that Berg had tried various treatments to mitigate her symptoms without success.

**JOINT STATUS REPORT AND DISCOVERY PLAN -- 2**

On July 5, 2023, the Social Security Administration issued a Notice Of Decision – fully favorable to Berg concerning her claim for Social Security Disability Benefits. By letter dated July 14, 2023, Lincoln notified Berg that it had reviewed the medical information received for her claim and that her LTD benefits would end as of September 6, 2023; that decision did not address or consider the Notice of Decision – Fully Favorable from the Social Security Administration.  Berg submitted a timely appeal of that decision including the Social Security Administration Notice of Decision.  By letter dated November 3, 2023, Lincoln denied Berg's appeal of the termination of her LTD benefits.  This suit followed.

B.    Defendant's Statement:

Plaintiff was a team lead for Walmart, a medium-duty occupation.  She left work on March 8, 2021, to have surgery to treat De Quervain's tenosynovitis in her right hand/wrist.  Her surgeon, Dr. Page, initially restricted her from work for two weeks, but subsequently extended the restriction for several more weeks while Plaintiff underwent occupational therapy.  On June 18, 201, Dr. Page saw Berg again and noted that she primarily wanted more disability paperwork filled out. He complained that it seemed the focus of her visits was to remain off work and he would only continue to support restrictions until August 20, 2021 and would no longer treat her. A few days later, on June 23, 2021, Linda Leiser, FNP from Urgent Care submitted a return to work certificate stating Berg could return to work with no restrictions as of July 23, 2021. Berg followed up with her primary care physicians' assistant, Marty Malone, who eventually supported her remaining off work. Mr. Malone recommended limited grasping and lifting with the right hand.

Lincoln had a third party vendor (RRS) coordinate a peer review with an independent board-certified physician.  RRS selected Dr. Michael Lin (internal medicine), who completed his review on November 1, 2021.  Dr. Lin agreed that Berg should be limited to occasional light use of her right hand.  On this basis, Lincoln approved her claim under the "own occupation" standard of disability.

| JOINT STATUS REPORT AND DISCOVERY PLAN -- 3 | **ERISA LAW CENTER**<br>6485 North Palm Ave, Suite 105<br>Fresno, California 93704<br>Phone: (559) 478-4119/Fax: (559) 478-5939 |
| --- | --- |

Lincoln continued to investigate the claim, obtaining additional medical records and medical records reviews from independent physicians (retained through third-party vendors). Those physicians agreed that Berg had considerable functionality overall, but was limited to "occasional" use of her right hand. This limitation was sufficient to precluded Berg from performing her own occupation, but as of September 2023, Berg would have to prove that she was disabled from any occupation. Lincoln obtained a transferrable skills analysis that revealed multiple suitable occupations Berg could perform within the restrictions and limitations consistently provided by the independent reviewers. Lincoln informed Berg by letter dated July 14, 2023 that she would not be eligible for benefits beyond September 6, 2023 because she had failed to prove she was disabled from any occupation.

Berg timely appealed and sent additional information from her family practice physician, Dr. Bacon. Lincoln asked another third-party vendor, ECN, to coordinate another peer review with an independent board-certified physician.  ECN selected Dr. Annie Layno-Moses (PM&R), who independently concluded that Berg was limited to occasionally using her right upper extremity. Dr. Bacon ignored Dr. Layno-Moses's attempts to reach him.  Lincoln obtained a vocational assessment on September 12, 2023, confirming that there were suitable occupations Berg could perform within her functional restrictions and limitations.  Lincoln provided the new information to Berg, who responded with additional records. Dr. Layno-Moses considered the new records and provided an addendum confirming the records did not change her opinion. Lincoln provided the addendum to Berg who declined to respond.  Lincoln upheld its decision by letter dated November 3, 2023.

5.    **Preferred Trial Dates and Estimated Length:**

This will be a non-jury trial (argument only), and so likely will only require one hour or less.  The parties propose that the Court schedule oral argument at the Court's convenience at the conclusion of briefing.

/ / /

**JOINT STATUS REPORT AND DISCOVERY PLAN -- 4**

**ERISA LAW CENTER**
6485 North Palm Ave, Suite 105
Fresno, California 93704
Phone: (559) 478-4119/Fax: (559) 478-5939

6.    **Anticipated Motions:**  The parties propose to resolve this ERISA matter by cross-motions for judgment pursuant to Rule 52.  The parties propose the following briefing schedule:

A.    Simultaneous Opening Briefs Due:  **September 13, 2024**.

B.    Simultaneous Opposition/Response Briefs Due:  **October 18, 2024**.

C.    If either party believes a reply is necessary, they can move the court for permission to file a reply brief.

7.    **Initial Disclosures:** The parties propose to dispense with providing initial disclosures pursuant to Fed.R.Civ.Pro. 26(a)(1). Lincoln will provide the Administrative Record by May 24, 2024.

8.    **Proposed Discovery Plan:**

A.    Berg will serve Interrogatories and Requests for Production of Documents to ensure that the Administrative Record is complete.

B.    The parties do not anticipate the need for any significant production of electronically stored information (ESI) and agree to use the Model Protocol for Discovery of ESI.

C.    **Date for Completion of Discovery:** The parties agree that discovery cutoff date is:  **August 16, 2024**.

9.    **Class Certification:**  Class Certification is not alleged.

10.    **Beneficial Interest of a Minor:**  This case does not involve the beneficial interest of a minor.

11.    **Special Procedures:**  This case is not complex and does not require special procedures.

12.    **Standard Procedures Concerning Expert Disclosures:** *Daubert* motions, deposition designations, exhibit and witness lists, motions in limine, a pretrial order, trial briefs, jury instructions and scheduling of a pretrial conference are unnecessary due to simplicity of this ERISA action.

| **JOINT STATUS REPORT AND DISCOVERY PLAN -- 5** | **ERISA LAW CENTER**<br>6485 North Palm Ave, Suite 105<br>Fresno, California 93704<br>Phone: (559) 478-4119/Fax: (559) 478-5939 |

13.    **Bifurcation of Trial:** Bifurcation is not necessary or appropriate.

14.    **Settlement Discussions/Alternative Dispute Resolution:**  The parties are prepared to conduct meaningful settlement negotiations or participate in ADR now.

15.    **Issues that Should be Certified to the State Supreme Court:**  None.

16.    **Other Matters:**  None.

Respectfully submitted this 20 day of May, 2024.

 *s/ Robert J. Rosati*
ROBERT J. ROSATI, CA # 112006

Attorney for Plaintiff,
BARBARA BERG
*Pro Hac Vice*

LAW OFFICE OF MEL CRAWFORD
 *s/ Mel Crawford*
MEL CRAWFORD, WSBA # 22930

*Attorney for Plaintiff, BARBARA BERG*

 *Russell S. Buhite*
Russell S. Buhite, WSBA #41257


*Kristina N. Holmstrom*
Kristina N. Holmstrom, SBN 10086

| JOINT STATUS REPORT AND DISCOVERY PLAN -- 6 | **ERISA LAW CENTER**<br>6485 North Palm Ave, Suite 105<br>Fresno, California 93704<br>Phone: (559) 478-4119/Fax: (559) 478-5939 |