Russell S. Buhite, WSBA #41257
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:  (206) 693-7058
Email:  russell.buhite@ogletree.com

Kristina N. Holmstrom, SBN 10086
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3724
Email: kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National
Life Insurance Company*

Honorable Judge Stanley A. Bastian

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA BERG,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 2:24-cv-00097-SAB<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD,** *NUNC PRO TUNC*<br><br>Note for Hearing:  June 25, 2024<br>Without Oral Argument |

STIPULATED MOTION FOR EXTENSION
OF TIME TO FILE ADMINISTRATIVE
RECORD, NUNC PRO TUNC - 1
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Plaintiff Barbara Berg ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), through their undersigned counsel, hereby stipulate to an extension of the deadline to file the Administrative Record in this matter.

In their proposed scheduling order, the parties suggested that Lincoln would provide the administrative record to Plaintiff on May 24, 2024, though the parties were ambiguous about to whom the record would be provided. The Court's scheduling order stated that the administrative record would be filed with the Court on May 24, 2024. (ECF No. 16.) Because the parties are actively engaged in settlement discussions and most ERISA matters settle, the parties would prefer to file the administrative record with the Court contemporaneous with their opening ERISA briefs, should briefing be necessary. Accordingly, the parties jointly request that the Scheduling Order be modified so that the administrative record be filed on September 13, 2024, contemporaneously with the opening briefs.

Respectfully submitted this 26th day of May, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
Russell S. Buhite, WSBA #41257
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7052
Facsimile: (206) 693-7058
Email: russell.buhite@ogletree.com

STIPULATED MOTION FOR EXTENSION
OF TIME TO FILE ADMINISTRATIVE
RECORD, NUNC PRO TUNC - 2
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Kristina N. Holmstrom*
   Kristina N. Holmstrom, SBN 10086
   (admitted *pro hac vice*)
   Esplanade Center III
   2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016
   Telephone: (602) 778-3724
   Email: kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*


LAW OFFICE OF MEL CRAWFORD

By: */s/ Melton L. Crawford*
   Melton L. Crawford, WSBA #22930
   3244 NE 103rd Street
   Seattle, WA  95125-7821
   Telephone:  (206) 694-1614
   Facsimile:  (206) 905-2342
   Email: melcrawford@melcrawfordlaw.com

THE ERISA LAW CENTER

By: */s/ Robert J. Rosati*
   Robert J. Rosati, CA SBN #112006
   (admitted *pro hac vice*)
   6485 North Palm Avenue, Suite 105
   Fresno, CA 93704
   Telephone: (559) 478-4119
   Facsimile: (559) 478-5939
   Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

STIPULATED MOTION FOR EXTENSION
OF TIME TO FILE ADMINISTRATIVE
RECORD, NUNC PRO TUNC - 3
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2024, I served the foregoing STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD, *NUNC PRO TUNC* via the method(s) below upon the following parties:

Melton L. Crawford, WSBA #22930
LAW OFFICE OF MEL CRAWFORD
3244 NE 103rd Street
Seattle, WA  98125-7821
Telephone:  (206) 694-1614
Facsimile:  (206) 905-2342
Email:  melcrawford@melcrawfordlaw.com

Robert J. Rosati, SBN #112006
(admitted *pro hac vice*)
THE ERISA LAW CENTER
6485 North Palm Avenue, Suite 105
Fresno, CA  93704-1072
Telephone:  (559) 478-4119
Facsimile:  (559) 478-5939
Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

☒    by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐    by **e-mailing** a true and correct copy to the last known email address of each person listed above.

STIPULATED MOTION FOR EXTENSION
OF TIME TO FILE ADMINISTRATIVE
RECORD, NUNC PRO TUNC - 4
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

SIGNED THIS 26th day of May, 2024 at Seattle, Washington.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

STIPULATED MOTION FOR EXTENSION
OF TIME TO FILE ADMINISTRATIVE
RECORD, NUNC PRO TUNC - 5
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058