Russell S. Buhite, WSBA #41257                          Honorable Judge Stanley A. Bastian
OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:  (206) 693-7058
Email:  russell.buhite@ogletree.com

Kristina N. Holmstrom, SBN 10086
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone: (602) 778-3724
Email: kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National*
*Life Insurance Company*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA BERG, | Case No. 2:24-cv-00097-SAB |
| Plaintiff, | **STIPULATED MOTION TO EXTEND UPCOMING CASE DEADLINES** |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | Note for Hearing:  September 12, 2024 Without Oral Argument |
| Defendant. | |

Plaintiff Barbara Berg ("Plaintiff") and Defendant The Lincoln National Life

Insurance Company ("Lincoln"), by and through their undersigned counsel, hereby

STIPULATED MOTION TO EXTEND
UPCOMING CASE DEADLINES - 1
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

stipulate to a thirty (30) day extension of the upcoming deadlines in this matter as set forth in the Court's Bench Trial Scheduling Order (Doc. 16), and Order Granting Stipulated Motion for Extension (Doc. 18), to file the Administrative Record.

The parties have mediation scheduled on August 29, 2024 and agree that their resources are better devoted to resolving this case than completing discovery, and after dispositive motions have been fully briefed and are ready for hearing.

The upcoming deadlines and requested extensions are as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | August 16, 2024 | September 15, 2024 |
| Deadline to File Administrative Record | September 13, 2024 | October 14, 2024 |
| Dispositive Motion Deadline | September 13, 2024 | October 14, 2024 |
| Last Day to Request Magistrate Judge Facilitate Settlement Conference | September 18, 2024 | October 18, 2024 |
| Last Day to File Verification of Compliance with Pre-Trial Mediation Requirement | October 4, 2024 | October 24, 2024 |
| Last Day to File Pretrial Disclosures of Witness Lists, Witness Designations, and Exhibits | October 18, 2024 | November 18, 2024 |
| Trial Memo | November 13, 2024 | December 13, 2024 |
| Bench Trial (1 day) | November 18, 2024 | TBD |

///

///

///

///

STIPULATED MOTION TO EXTEND
UPCOMING CASE DEADLINES - 2
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Respectfully submitted this 13th day of August, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Kristina N. Holmstrom*
    Kristina N. Holmstrom, SBN 10086
    (admitted *pro hac vice*)
    Esplanade Center III
    2415 East Camelback Road, Suite 800
    Phoenix, Arizona 85016
    Telephone: (602) 778-3724
    Email: kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

LAW OFFICE OF MEL CRAWFORD

By: */s/ Melton L. Crawford*
    Melton L. Crawford, WSBA #22930
    3244 NE 103rd Street
    Seattle, WA  95125-7821
    Telephone:  (206) 694-1614
    Facsimile:  (206) 905-2342
    Email: melcrawford@melcrawfordlaw.com

STIPULATED MOTION TO EXTEND
UPCOMING CASE DEADLINES - 3
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

THE ERISA LAW CENTER

By: */s/ Robert J. Rosati*
    Robert J. Rosati, CA SBN #112006
    (admitted *pro hac vice*)
    6485 North Palm Avenue, Suite 105
    Fresno, CA 93704
    Telephone: (559) 478-4119
    Facsimile: (559) 478-5939
    Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

STIPULATED MOTION TO EXTEND
UPCOMING CASE DEADLINES - 4
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2024, I served the foregoing STIPULATED MOTION TO EXTEND UPCOMING CASE DEADLINES via the method(s) below upon the following parties:

Melton L. Crawford, WSBA #22930
LAW OFFICE OF MEL CRAWFORD
3244 NE 103rd Street
Seattle, WA  98125-7821
Telephone:  (206) 694-1614
Facsimile:  (206) 905-2342
Email:  melcrawford@melcrawfordlaw.com

Robert J. Rosati, SBN #112006
(admitted *pro hac vice*)
THE ERISA LAW CENTER
6485 North Palm Avenue, Suite 105
Fresno, CA  93704-1072
Telephone:  (559) 478-4119
Facsimile:  (559) 478-5939
Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

STIPULATED MOTION TO EXTEND
UPCOMING CASE DEADLINES - 5
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

SIGNED THIS 13th day of August, 2024 at Seattle, Washington.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
   Cheryl L. Kelley, Practice Assistant
   cheryl.kelley@ogletree.com

STIPULATED MOTION TO EXTEND
UPCOMING CASE DEADLINES - 6
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058