Mel Crawford, WSBA #: 22930
Law Office of Mel Crawford
3244 N. E. 103rd Street
Seattle, WA  95125-7821
Email: melcrawford@melcrawfordlaw.com
T:  (206) 694-1614
F:  (206) 905-2342

Robert J. Rosati, CA SBN #112006
robert@erisalg.com
6485 N. Palm Ave., Ste. 105
Fresno, CA 93704
Telephone: (559) 478-4119
Facsimile: (559) 478-5939
*Admitted Pro Hac Vice*

Attorneys for Plaintiff: *Barbara Berg*

Russell S. Buhite, WSBA #41257
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7052
Facsimile: (206) 693-7058
Email: russell.buhite@ogletree.com

Kristina N. Holmstrom, SBN 10086
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3724
Email: kristina.holmstrom@ogletree.com

Attorneys for Defendant: *The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| BARBARA BERG,<br><br>       Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>       Defendant. | Case No.  2:24-cv-97-SAB<br><br>**JOINT STATUS REPORT REGARDING MEDIATION**<br><br>**JUDGE:**      Stanley A. Bastian |

**JOINT STATUS REPORT RE: MEDIATION - 1**

In compliance with the Court's Order of May 24, 2024, Document No. 16, the Parties, through their attorneys of record, hereby advise the Court that the parties engaged in a mediation with mediator Ed Oster on August 29, 2024, without reaching a settlement.

Dated:  September 10, 2024

s/ Robert J. Rosati
ROBERT J. ROSATI, CA # 112006
*Pro Hac Vice*

LAW OFFICE OF MEL CRAWFORD
s/ Mel Crawford
MEL CRAWFORD, WSBA # 22930

Attorneys for Plaintiff*, Barbara Berg*


s/ Russell S. Buhite
Russell S. Buhite, WSBA #41257


s/ Kristina N. Holmstrom
Kristina N. Holmstrom, SBN 10086

Attorneys for Defendant *The Lincoln National Life Insurance Company*

JOINT STATUS REPORT RE: MEDIATION -- 2

**ERISA LAW CENTER**
6485 North Palm Ave, Suite 105
Fresno, California 93704
Phone: (559) 478-4119/Fax: (559) 478-5939