Russell S. Buhite, WSBA #41257
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:  (206) 693-7058
Email:  russell.buhite@ogletree.com

Kristina N. Holmstrom, SBN 10086
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone: (602) 778-3724
Email: kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National
Life Insurance Company*

Honorable Judge Stanley A. Bastian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA BERG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-00097-SAB<br><br>**STIPULATED MOTION TO STRIKE STIPULATED MOTION TO EXTEND BRIEFING DEADLINE**<br><br>Note for Hearing:  November 14, 2024 Without Oral Argument |

STIPULATED MOTION TO STRIKE
STIPULATED MOTION TO EXTEND
BRIEFING DEADLINE - 1
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Plaintiff Barbara Berg and Defendant The Lincoln National Life Insurance Company (collectively, the "Parties") hereby move this Court for an Order striking the Parties' Stipulated Motion to Extend Briefing Deadline, previously filed on October 8, 2024 (ECF No. 23).

Defense counsel had requested the extension out of an abundance of caution because her client lives directly in the path of Hurricane Milton. Despite the effects of the hurricane, counsel was able to sufficiently consult with her client and Lincoln is able to file its brief as originally scheduled on October 15, 2024.

This Stipulated Motion to Strike the Parties' Stipulated Motion to Extend Briefing Deadline is filed in good faith and not for the purposes of delay.

Respectfully submitted this 15th day of October, 2024.

LAW OFFICE OF MEL CRAWFORD

By: */s/ Melton L. Crawford*
   Melton L. Crawford, WSBA #22930
   3244 NE 103rd Street
   Seattle, WA  95125-7821
   Telephone:  (206) 694-1614
   Facsimile:  (206) 905-2342
   Email: melcrawford@melcrawfordlaw.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
   Russell S. Buhite, WSBA #41257
   1201 Third Avenue, Suite 5150
   Seattle, WA  98101
   Telephone:  (206) 693-7052
   Facsimile:  (206) 693-7058
   Email:  russell.buhite@ogletree.com

STIPULATED MOTION TO STRIKE
STIPULATED MOTION TO EXTEND
BRIEFING DEADLINE - 2
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

THE ERISA LAW CENTER

By: */s/ Robert J. Rosati*
    Robert J. Rosati, CA SBN #112006
    (admitted *pro hac vice*)
    6485 North Palm Avenue, Suite 105
    Fresno, CA 93704
    Telephone: (559) 478-4119
    Facsimile: (559) 478-5939
    Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Kristina N. Holmstrom*
    Kristina N. Holmstrom, SBN 10086
    (admitted *pro hac vice*)
    Esplanade Center III
    2415 East Camelback Road
    Suite 800
    Phoenix, Arizona 85016
    Telephone: (602) 778-3724
    Email:
    kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

STIPULATED MOTION TO STRIKE
STIPULATED MOTION TO EXTEND
BRIEFING DEADLINE - 3
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2024, I served the foregoing STIPULATED MOTION TO STRIKE STIPULATED MOTION TO EXTEND BRIEFING DEADLINE via the method(s) below upon the following parties:

Melton L. Crawford, WSBA #22930
LAW OFFICE OF MEL CRAWFORD
3244 NE 103rd Street
Seattle, WA  98125-7821
Telephone:  (206) 694-1614
Facsimile:  (206) 905-2342
Email:  melcrawford@melcrawfordlaw.com

Robert J. Rosati, SBN #112006
(admitted *pro hac vice*)
THE ERISA LAW CENTER
6485 North Palm Avenue, Suite 105
Fresno, CA  93704-1072
Telephone:  (559) 478-4119
Facsimile:  (559) 478-5939
Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

☒  by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐  by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐  by **e-mailing** a true and correct copy to the last known email address of each person listed above.

STIPULATED MOTION TO STRIKE
STIPULATED MOTION TO EXTEND
BRIEFING DEADLINE - 4
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

SIGNED THIS 15th day of October, 2024 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*

Cheryl L. Kelley, Practice Assistant
cheryl.kelley@ogletree.com

STIPULATED MOTION TO STRIKE
STIPULATED MOTION TO EXTEND
BRIEFING DEADLINE - 5
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058