# Berg v. The Lincoln National Life Insurance Company

## Case #2:24-cv-00097-SAB

## EXHIBIT A

### Exam Findings, Testing

| Date | Provider | Exam Findings/Testing |
|---|---|---|
| 6/18/21 (797) | Dr. Page | No deformity or asymmetry. Well healed FDC release incision. Scar is non-tender to palpation and there is no tethering. Skin is well healed, postoperative scar is difficult to see and there is no abnormalities on the radial aspect of her wrist. Full composite grip and digital extension is present without pain. No pain at the thumb CMC joint. First dorsal compartment ls benign, No pain with palpation of the scaphoid or scapholunate interval. No pain with palpation of Kleinman's point over the TFCC. No pain with palpation of the distal radius or distal ulna. DRUJ is non-tender and stable in pronation *and* supination. Hand is warm and well perfused with a palpable radial pulse 5/5 strength in the APB and FDI. Sensation is grossly intact light touch in the median, ulnar, and radial nerve distributions. |
| 6/21/21 (145) | Leiser | Right wrist with pain and decreased ROM on flexion and extension. Grip strength asymmetrical 4/5 in right hand, 5/5 in left hand. Decreased light touch sensation in right index and thumb |
| 7/20/21 | Malone | does not reveal any swelling, ecchymosis, erythema[] [o]bvious deformities. There is a well-healed surgical scar noted over the dorsal radiocarpal region. Patient does not have any significant tenderness with palpation. Vascularly, the hand is intact. Negative Tinel's at the wrist and elbow. Negative compression over the carpal tunnel. Grip strength diminished being 4+/5 compared to the contralateral side. There does seem to be slight decrease in sensation with light touch over the radial aspect of the hand. |
| 8/17/21 (729) | Nerve Conduction Study | Completely negative |
| 2/10/22 (635) | Foster | Cervical:  Flexion 60/60 Degrees, Extension 40/40 Degrees, Right Rotation 80/80 Degrees, Left Rotation 80/80 Degrees, Right lateral flexion 45/45, left lateral flexion 45/45.<br><br>Right Opponens 5/5 Left Opponens 5/5 Right Grip 5/5 Left Grip 5/5 |

| Date | Provider | Exam Findings/Testing |
|---|---|---|
| 4/28/22 (649) | Malone | Observation of the right hand and forearm does not reveal any swelling or obvious deformities. No synovitis. No erythema |
| 6/2/22 (615-17) | Roberts-Haley | Wrist Flexion . . . 5/5<br>Wrist Extension . . . 5/5<br>Hand Grip 5/5<br>Physical exam did not demonstrate any appreciable differences in temperature, no atrophy, no color changes appreciated. |
| 7/4/22 | Cervical MRI | 1. Mild to moderate multilevel degenerative disc disease and moderate facet arthropathy of the cervical spine.<br>2; Moderate to severe foraminal stenosis at C3-4, C4-5, C5-6 and CB-7.<br>3. Findings compatible with 1.0 x 1.9 x 2. 7 om thyroglossal duct cyst. |
| 7/12/22 (581) | Don (Dr. Bacon) | C-spine shows normal range of motion deep tendon reflexes of her extremities are normal. Grip strength slightly decreased on the right compared to the left. |
| 7/21/22 (587) | Dr. Bacon | Tender right wrist and pain with flexion and extension of the right thumb [no testing done or measurements taken] |
| 8/3/22 (513) | Colville PT | **Elbow**<br>**Right** **Left**<br>Elbow Flexion 3+/5 5/5<br>Elbow Extension 3+/5 5/5<br>Elbow Supination 4-/5 5/5<br>Elbow Pronation 4-/5 5/5<br>**Wrist**<br>**Right** **Left**<br>Wrist Flexion 4-/5 5/5<br>Wrist Extension 3+/5 5/5<br>**Grip/ Pinch Right** **Left**<br>Power Grip 4lbs 32 lbs |
| 8/11/22 (595) | X Ray R Forearm | Normal |
| 8/31/22 (593) | MRI Radius/Ulna | Normal |

| Date | Provider | Exam Findings/Testing |
|---|---|---|
| 9/2/22 (589) | Dr. Bacon | grip is decreased. rom is intact. tenderness is minimal. pain with active movement of the thumb |
| 10/28/22 (120) | Dr. Bacon | Tenderness over her wrist. she is able to use the thumb and fingers for some activities |
| 1/13/23 (114) | Dr. Bacon | weakness right wrist and forearm. tenderness over the forearm |
| 5/31/23 | PA-C Sullivan (Dr. Bacon) | Skin is normal on exam. Muscle loss noted at wrist flexors on the right compared to the left. Normal circulation, passive/active ROM, and sensation bilaterally. Clicking noted at the right radial styloid with passive radial deviation. No TTP throughout either wrist. 4/5 strength of the right thumb extension, abduction, and flexion. Opposition 5/5. 4/5 strength with wrist flexion on the right as well as grip strength. Otherwise, 5/5 strength. Positive Finkelstein's test on the right. |