**Berg v. The Lincoln National Life Insurance Company**

**Case #2:24-cv-00097-SAB**

**EXHIBIT B**

**Declaration of Jodi George**

Russell S. Buhite, WSBA #41257
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:   (206) 693-7058
Email:  russell.buhite@ogletree.com

Kristina N. Holmstrom, AZBN #023384
(admitted *pro hac vice)*
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
Esplanade Center, Suite 800
2415 E. Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Email: kristina.holmstrom@ogletree.com
*Attorneys for Defendant The Lincoln
National Life Insurance Company*

Honorable Judge Stanley A. Bastian

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### SPOKANE DIVISION

| | |
|---|---|
| BARBARA BERG,<br><br>     Plaintiff,<br><br>   v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>     Defendant. | Case No. 2:24-cv-00097-SAB<br><br>**DECLARATION OF JODI GEORGE** |

I, Jodi George, declare as follows:

DECLARATION OF JODI GEORGE - 1
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1.    I am employed as a Manager, Clinical Support Services at Defendant The Lincoln National Life Insurance Company.

2.    In my capacity as Manager, Clinical Support Services, I am familiar with Lincoln's practices and records relating to providing records to vendors for independent medical reviews.

3.    I have reviewed the documents that Lincoln provided to ECN in connection with Barbara Berg's claim.

4.    Lincoln provided 727 pages of documents to ECN for Dr. Layno-Moses to review and Berg's Social Security Notice of Decision was included in those documents.

5.    I declare under the penalty of perjury, under the laws of California and the United States of America that the foregoing is true and correct.

Executed on this 5th day of November 2024.

_____
Jodi George

DECLARATION OF JODI GEORGE - 2
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058
86440447.v3-OGLETREE