# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

BARBARA BERG,

        Plaintiff,

  -vs-

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

**Case No.**      **2:24-CV-097-SAB**

**CIVIL MINUTES**

**DATE:**      **NOVEMBER 12, 2024**

**LOCATION:**  **BY VIDEO CONFERENCE**

**STATUS CONFERENCE HEARING**

| **Chief Judge Stanley A. Bastian** | | |
|---|---|---|
| Michelle Fox | 02 | Not Reported |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| **Robert Rosati - lead**<br>**Melton Crawford**<br><br>**Plaintiff's Counsel** | | **Russell Buhite**<br><br><br>**Defendant's Counsel** |

[  ]  **Open Court**        [  ]  **Chambers**        [ X ]  **Telecon/Video**

Court addresses counsel regarding scheduling order and modifying dates.

R. Rosati indicates that briefing should be done in a week or two. The hearing can be scheduled thereafter depending on the Court's schedule. The hearing should be an hour at most.

R.Buhite suggests setting the hearing for an hour. R. Buhite does not believe replies are necessary.

Court will allow the replies if counsel believe they would be helpful.

Court suggests the parties sending an email to Michelle with agreed suggested dates.

R. Buhite asks to file reply by November 28th.

**[]  ORDER FORTHCOMING**

| **CONVENED:  10:00 A.M.** | **ADJOURNED: 10:06 A.M.** | **TIME:  06 MIN.** | **CALENDARED    [ X ]** |
|---|---|---|---|

*Berg  –vs-  Lincoln Nat'l Life Ins. Co.*                                   November 12, 2024
2:24-CV-097-SAB                                                              Page 2
Status Conference Hearing

Court is agreeable.  Send an email by the end of the day tomorrow.  Cout asks if the hearing should be Spokane or Yakima.

R. Buhite requests Spokane.

Court asks if there are any other issues.

Counsel both indicate, nothing further.