Russell S. Buhite, WSBA #41257
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:  (206) 693-7058
Email:  russell.buhite@ogletree.com

Kristina N. Holmstrom, SBN 10086
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone: (602) 778-3724
Email: kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National*
*Life Insurance Company*

Honorable Judge Stanley A. Bastian

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA BERG,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:24-cv-00097-SAB<br><br>**JOINT NOTICE RE MOTION HEARING** |

The parties notify the Court that they jointly waive the appearance of each party's local counsel at the  motion hearing on December 12, 2024.

STIPULATED MOTION FOR TELEPHONIC
STATUS CONFERENCE - 1
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Plaintiff Barbara Berg will be represented by Robert J. Rosati, and Defendant The Lincoln National Life Insurance Company will be represented by Kristina N. Holmstrom.

Respectfully submitted this 20th day of November, 2024.

LAW OFFICE OF MEL CRAWFORD

By: */s/ Melton L. Crawford*
    Melton L. Crawford, WSBA #22930
    3244 NE 103rd Street
    Seattle, WA  95125-7821
    Telephone:  (206) 694-1614
    Facsimile:  (206) 905-2342
    Email:
    melcrawford@melcrawfordlaw.com

THE ERISA LAW CENTER

By: */s/ Robert J. Rosati*
    Robert J. Rosati, CA SBN #112006
    (admitted *pro hac vice*)
    6485 North Palm Avenue, Suite 105
    Fresno, CA 93704
    Telephone: (559) 478-4119
    Facsimile: (559) 478-5939
    Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Kristina N. Holmstrom*
    Kristina N. Holmstrom, SBN 10086
    (admitted *pro hac vice*)
    Esplanade Center III
    2415 East Camelback Road
    Suite 800
    Phoenix, Arizona 85016
    Telephone: (602) 778-3724
    Email:
    kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

STIPULATED MOTION FOR TELEPHONIC STATUS CONFERENCE - 2
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2024, I served the foregoing JOINT NOTICE RE MOTION HEARING via the method(s) below upon the following parties:

Melton L. Crawford, WSBA #22930
LAW OFFICE OF MEL CRAWFORD
3244 NE 103rd Street
Seattle, WA  98125-7821
Telephone:  (206) 694-1614
Facsimile:  (206) 905-2342
Email:  melcrawford@melcrawfordlaw.com

Robert J. Rosati, SBN #112006
(admitted *pro hac vice*)
THE ERISA LAW CENTER
6485 North Palm Avenue, Suite 105
Fresno, CA  93704-1072
Telephone:  (559) 478-4119
Facsimile:  (559) 478-5939
Email:  robert@erisalg.com

*Attorneys for Plaintiff Barbara Berg*

☒    by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐    by **e-mailing** a true and correct copy to the last known email address of each person listed above.

STIPULATED MOTION FOR TELEPHONIC
STATUS CONFERENCE - 3
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

SIGNED THIS 20th day of November, 2024 at Sherman, Connecticut.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Rose S. Ramsey*
    Rose S. Ramsey, Practice Assistant
    Rosie.ramsey@ogletree.com

STIPULATED MOTION FOR TELEPHONIC
STATUS CONFERENCE - 4
Case No. 2:24-cv-00097-SAB

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058