Mel Crawford, WSBA #22930
LAW OFFICE OF MEL CRAWFORD
3244 NE 103rd Street
Seattle, WA  95125-7821
Email: melcrawford@melcrawfordlaw.com
Telephone:  (206) 694-1614
Facsimile:  (206) 905-2342

Robert J. Rosati, CA SBN #112006
ERISA LAW CENTER
robert@erisalg.com
6485 N. Palm Ave., Ste. 105
Fresno, CA 93704
Telephone:  (559) 478-4119
Facsimile:  (559) 478-5939
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Barbara Berg*

Russell S. Buhite, WSBA #41257
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7052
Facsimile: (206) 693-7058
Email: russell.buhite@ogletree.com

Kristina N. Holmstrom, SBN 10086
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3724
Email: kristina.holmstrom@ogletree.com

*Attorneys for Defendant The Lincoln National*
*Life Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| BARBARA BERG,<br><br>            Plaintiff,<br><br>      v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>            Defendant. | Case No.  2:24-cv-00097-SAB<br><br>**JOINT STATUS REPORT<br>REGARDING JUDGMENT,<br>ATTORNEYS' FEES AND COSTS** |

**ERISA LAW CENTER**
6485 North Palm Avenue, Suite 105
Fresno, California 93704
Phone: (559) 478-4119/Fax: (559) 478-5939

Plaintiff Barbara Berg and Defendant The Lincoln National Life Insurance Company jointly submit a Joint Status Report to advise the Court of the following:

1.    The parties have resolved the issue of attorneys' fees and costs;

2.    The parties have resolved the issue of pre-judgment interest; and

3.    No other remaining issues exist in this case.

Respectfully submitted this 18th day of February, 2025.

ERISA LAW CENTER

By: /s/ Robert J. Rosati
     ROBERT J. ROSATI, CBN #112006
     (appearing *Pro Hac Vice*)

LAW OFFICE OF MEL CRAWFORD

By: /s/ Mel Crawford
     MEL CRAWFORD, WSBA #22930

*Attorneys for Plaintiff Barbara Berg*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Russell S. Buhite
     Russell S. Buhite, WSBA #41257

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Kristina N. Holmstrom
     Kristina N. Holmstrom, SBN 10086
     (appearing *Pro Hac Vice*)

**JOINT STATUS REPORT REGARDING JUDGMENT, ATTORNEYS' FEES AND COSTS**
**- 2 -**

**ERISA LAW CENTER**
6485 North Palm Ave, Suite 105
Fresno, California 93704
Phone: (559) 478-4119/Fax: (559) 478-5939